UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GARY WILLIAM HALLFORD,

        Plaintiff,　　　　　　　　　　No. C 11-3013 PJH (PR)

  v.　　　　　　　　　　　　　　　　**ORDER OF TRANSFER**

N. FRANSHAM, et al.,

        Defendants.
                                            /

    This is a civil rights case brought pro se by a state prisoner. The acts complained of occurred at Folsom State Prison and at the headquarters of the California Department of Corrections and Rehabilitation ("CDCR") in Sacramento, both of which are in the venue of the United States District Court for the Eastern District of California. Defendants, who are prison and CDCR employees, appear to reside there as well. Venue, therefore, properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b).

    This case is **TRANSFERRED** to the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 1406(a). In view of the transfer, the court will not rule upon plaintiff's request for leave to proceed in forma pauperis.

    **IT IS SO ORDERED.**

Dated: July 8, 2011.　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　PHYLLIS J. HAMILTON
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

P:\PRO-SE\PJH\CR.11\HALLFORD3013.TRN.wpd